

**manatt**

Prana A. Topper
Manatt, Phelps & Phillips, LLP
Direct Dial:  (212) 790-4615
PTopper@manatt.com

February 23, 2024

> Application **GRANTED IN PART**.  The endorsed letter provides no basis to adjourn the initial pretrial conference by the length of time requested by Defendant.  To allow the parties to prepare the initial conference materials, the conference is **ADJOURNED** from March 6, 2024, to **March 27, 2024, at 2:30 P.M. EST**.  The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 867 176 743, followed by the pound sign (#).  The parties shall file the required joint status letter and proposed case management plan by **March 20, 2024.**  So Ordered.
>
> _/s/ Dale E. Ho_
> Dale E. Ho
> United States District Judge
> Dated: February 26, 2024
> New York, New York

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   ***Mannion v. Fandango Media, LLC**, No. 1:23-cv-11150-DEH*

Dear Judge Ho:

    We represent Defendant Fandango Media, LLC ("Fandango") in the above-referenced action and write to request an adjournment of the initial pretrial conference scheduled for March 6, 2024, until April 15, 16, or 17, 2024.

    Pursuant to Rule 2(e) of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules"):

    (1)  The Court has scheduled an initial pretrial conference for March 6, 2024 (with submission one week prior, on February 28, of the joint letter annexing a proposed Civil Case Management Plan and Scheduling Order), and the new proposed conference dates are April 15, 16, or 17, 2024 (with submission of these pre-conference materials, again, one week prior, on April 8, 9, or 10, 2024).

    (2)  This is the first request to adjourn the initial pretrial conference.

    (3)  In Defendant's request, on consent, to extend the time for Defendant to answer, move or otherwise respond to the Complaint until March 25, 2024, Defendant stated that "[t]he parties will confer with respect to this [initial pretrial conference] date and submit a request with three new dates if either side wishes to adjourn."  The Court granted that application and indicated "[t]he date of the initial pretrial conference remains the same" (Dkt. 8).

    (4)  The adjournment now requested will promote efficiency for the parties and Court by allowing the parties to continue their initial discussions, as Defendant investigates Plaintiff's allegations and potential defenses, and Defendant to prepare a responsive pleading, prior to the conference and preparation of the pre-conference materials.  The requested adjournment will not prejudice either side.

# manatt

The Honorable Dale E. Ho
February 23, 2024
Page 2

      (5)  Counsel for Plaintiff does not oppose, but also does not join in, this request and counsel for both parties are available on the dates provided. Plaintiff's counsel reviewed this letter prior to submission.

      (6)  This March 6, 2024, date is the parties' next scheduled appearance.

      If the Court approves this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this matter.

                            Respectfully submitted,

                            */s/ Prana A. Topper*

                            Prana A. Topper

cc:    All counsel of record (via ECF)