1330 Avenue of the Americas,
32nd Floor
New York, NY 10019
www.bursor.com

Philip L. Fraietta
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

# BURSOR & FISHER
P.A.

**MEMO ENDORSED**

March 12, 2024

*Via ECF*

The Honorable Dale E. Ho
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Mannion v. Fandango Media, LLC*, No. 23-cv-11150-DEH

Dear Judge Ho,

> **Application GRANTED.** The initial pre-trial conference is **ADJOURNED** to **July 10, 2024, at 11:00 A.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 867 176 743, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan by **June 26, 2024.** Defendant's deadline to answer, move, or otherwise respond to the Complaint is **ADJOURNED**, sine die. The parties shall file a joint status letter regarding mediation by **June 21, 2024.** The parties are apprised that due to the length of the adjournment to complete mediation, further requests for extensions will not be granted absent compelling circumstances.
>
> *Dale E. Ho*          Dated: March 13, 2024
> U.S. District Judge   New York, New York

    We write jointly with defense counsel pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1(d), and Rules 2(a)(i) and 2(e) of the Court's Individual Rules and Practices in Civil Cases to request that the Court stay this matter pending the Parties' upcoming mediation with The Honorable Diane M. Welsh (Ret.), formerly of the Eastern District of Pennsylvania and now with JAMS.

    Since defense counsel was retained, the Parties have had regular communication regarding the potential for settlement of this matter. To that end, they have agreed to mediate with Judge Welsh on June 14, 2024, the first mutually-available date, and have also agreed to exchange informal discovery for settlement purposes on issues pertaining to the size and scope of the putative class in order to engage in informed settlement discussions at the mediation. The Court extended the response date (ECF No. 8) and initial conference date (ECF No. 10) in response to requests by Defendant. This is the first request, joint or otherwise, by Plaintiff.

    The Parties respectfully submit that judicial economy and the interests of the Parties would be best served by a short stay of this matter to preserve the status quo for mediation. The Parties will submit a joint status report within 5 business days of the conclusion of the mediation. Accordingly, the Parties respectfully submit that the Court: (i) vacate Defendant's March 25, 2024 deadline to answer or otherwise respond to the Complaint; (ii) vacate the March 27, 2024 initial scheduling conference (and March 20 pre-conference submission); (iii) order the Parties to submit a joint status report on the status of their resolution efforts by June 21, 2024; and (iv) otherwise stay this matter pending submission of the June 21, 2024 joint status report.

    Very truly yours,

Philip L. Fraietta